JANET L. CHUBB, ESQ.
Nevada Bar # 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
       tbw@jonesvargas.com

Attorneys for Carson River Community Bank

*Electronically Filed on August 27, 2009*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

JOE A. SIGUA and CYNTHIA G. SIGUA

Debtor.

Case No.   BK-N-09-51526-GWZ
Chapter    11

**REQUEST FOR SPECIAL NOTICE**

Hearing Date:   n/a
Hearing Time:   n/a

TO:   ALL INTERESTED PARTIES

JONES VARGAS, attorneys for Carson River Community Bank, a creditor in the above-referenced bankruptcy estate, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

Janet L. Chubb, Esq.
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax " (775) 786-1177
Email: jlc@jonesvargas.com and
       tbw@jonesvargas.com

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by of the following rights:

-1-

1.    Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

2.    Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3.    Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Carson River Community Bank expressly reserves all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED this 27th day of August, 2009.

JONES VARGAS

By:    /s/ Janet L. Chubb
        JANET L. CHUBB

Attorneys for Carson River Community Bank

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

**CERTIFICATE OF SERVICE**

1. On August 27, 2009, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:

- ■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- KEVIN A. DARBY    kevin@darbylawpractice.com, tricia@darbylawpractice.com;melissa@darbylawpractice.com;tiffani@darbylawpractice.com;kendal@darbylawpractice.com
- JACQUELINE A. GRUBER    jgruber@piteduncan.com, ecfnvb@piteduncan.com
- TIMOTHY A LUKAS    ecflukast@hollandhart.com
- RONALD H REYNOLDS    ronreynolds@callister-reynolds.com, paulamichaels@callister-reynolds.com;mpp@callister-reynolds.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

- ☐ b. **United States mail, postage fully prepaid** (list persons and addresses):

- ☐ c. **Personal Service** (list persons and addresses):
  I personally delivered the document(s) to the persons at these addresses:

- ☐ d. **By direct email (as opposed to through the ECF System)** (list persons and email addresses):

- ☐ e. **By fax transmission** (list persons and fax numbers):

- ☐ f. **By messenger**:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of August, 2009.

_____Tawney Waldo_____    _____/s/ Tawney Waldo_____
Name                          Signature

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

-3-