IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

RECEIVED AND FILED
09 OCT 13 PM 12: 10
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE:
JOE A. & CYNTHIA SIGUA

Chapter 11
Case No.: 09-51526-GWZ

DEBTOR

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 (g) and (i), IKON Financial Services hereby requests that IKON Financial Services be added to the official mailing matrix and service lists in this case. IKON Financial Services further requests that copies of all pleadings, motions, notices, and other papers, filed and or served, in this case or any proceeding therein, be served upon the undersigned at the following address:

> Bankruptcy Administration
> IKON Financial Services
> 1738 Bass Road
> P. O. Box 13708
> Macon, GA 31208-3708

Please take further notice, that the foregoing request includes, without limitation, all orders, notices, applications, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statement, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

By: *Christine R. Etheridge*

Christine R. Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P. O. Box 13708
Macon, GA 31208-3708
(800) 480-6513

Dated: October 7, 2009

IKON Financial Services Reference #:           1255793-2241878