**Entered on Docket**
**February 09, 2010**

/s/ John L. Peterson
JOHN L. PETERSON
U.S. BANKRUPTCY JUDGE

Timothy A. Lukas, Esq. (SBN 4678)
Ethan J. Birnberg, Esq. (SBN 10518)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3000
Fax:    (775) 786-6179
ecflukast@hollandhart.com

*Attorneys for Creditor*
*U.S. Bank National Association*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                    Case No.: BK-09-51526-GWZ
                                          Chapter 7

JOE A. SIGUA and CYNTHIA G. SIGUA,
                                          **ORDER GRANTING MOTION FOR**
    Debtors.                              **RELIEF FROM AUTOMATIC STAY**

                                          Hearing Date:  January 26, 2010
                                          Hearing Time:  10:00 a.m.

_____/

A Motion for Relief from Automatic Stay (Docket #75) was filed on December 21, 2009 by U.S. Bank National Association (the "Bank") seeking an order terminating the automatic stay to allow the Bank to proceed with and complete any and all contractual and statutory remedies pursuant to its secured interest in real property located at 480 Wells Avenue, Reno, NV 89502 and 190 W. Huffaker Lane, Suite 407, Reno, Nevada 89511.

No opposition or response was filed by any party. This matter came on for hearing, as duly noticed, on January 26, 2009 at 10:00 a.m. Ethan J. Birnberg, Esq. of the law firm of

- 1 -

1 Holland & Hart, LLP appeared on behalf of the Bank. No other party appeared as the Bank's
2 Motion was unopposed.
3 After hearing the argument of counsel, the Court made oral findings of fact and
4 conclusions of law on the record pursuant to Federal Rules of Bankruptcy Procedures 7052,
5 which incorporates by reference FRCP 52. Those oral findings and conclusions are hereby
6 incorporated as though fully set forth herein. Therefore,
7 IT IS HEREBY ORDERED that relief from stay is granted.

SUBMITTED BY:

By  /s/ Timothy A. Lukas
    Timothy A. Lukas, Esq.
    Ethan J. Birnberg, Esq.
    HOLLAND & HART LLP
    5441 Kietzke Lane, Second Floor
    Reno, Nevada  89511
    *Attorneys for U.S. Bank National Association*

APPROVED/DISAPPROVED:

_____
Tricia Darby, ESQ.
Attorney for Debtor

APPROVED/DISAPPROVED:

_____
Jerri Coppa Knudson, Chapter 7 Trustee

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_X_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

No one appeared or opposed the motion, however, on January 26, 2010 by e-mail to :

Kevin Darby, Esq, and Tricia Darby, Esq., attorneys for debtor – no response received.

Jerri Coppa-Knudson, Chapter 7 Trustee – no response received

\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

### #