Entered on Docket
April 12, 2010

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.
09-77538

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 09-51526-GWZ |
|---|---|
| Joe A. Sigua and Cynthia G. Sigua | Date: March 2, 2010<br>Time: 10:00 a.m. |
| Debtor(s). | Chapter 7 |

## ORDER DENYING MOTION FOR RELIEF

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion For Relief of the Automatic Stay filed by Secured Creditor, Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc., its assignees and/or successors in interest, on or about November 11, 2009 is hereby denied without prejudice, in regards to the subject property described as 7797 North Mccarran Blvd. , Reno, NV 89503, and legally described as follows:

All that certain lot, piece or parcel of land situate in the County of Washoe, State of Nevada, described as follows:

All that portion of the West 1/2 of the East 1/2 of the East 1/2 of the Southeast 1/4 of the Southwest 1/4 of Section 34, Township 20 North, Range 19 East, M.D.B. & M., lying North line of the certain parcel of land conveyed to the State of Nevada by deed dated February 28, 1977, filed in the Office of the County Recorder of Washoe County, State of Nevada, on March 22, 1977, under File No. 455100 of Official Records.

APN: 002-020-07

Submitted by:

**WILDE & ASSOCIATES**

_R. Sedra #10235_

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____

**Kevin A. Darby**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____

**Jeri Coppa-Knudson**
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x_ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document


_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

_/s/ Gregory L. Wilde, Esq._

Gregory L. Wilde, Esq.

Attorney for Secured Creditor