**Entered on Docket
October 05, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 10-91425

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING, LP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JOE A. SIGUA AKA JOSE A. SIGUA AND CYNTHIA G. SIGUA,<br><br>     Debtor(s) | Case No.: BK-N-09-51526-GWZ<br>Chapter 7 |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>     Secured Creditor,<br><br>vs<br><br>JOE A. SIGUA AKA JOSE A. SIGUA AND CYNTHIA G. SIGUA, Debtor(s), JERI COPPA-KNUDSON, Trustee,<br><br>     Respondent(s) | **ORDER TERMINATING THE AUTOMATIC STAY**<br><br>Date: September 21, 2010<br>Time: 10:00 a.m. |

1

The Motion for Relief having been properly served, with no opposition filed herein, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor of Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, as it pertains to the following described property: 2 Smithridge Park, Reno, NV  89502 ("Property" herein) and legally described as follows:

> LOT 2, OF SMITHRIDGE PARK TOWNHOUSES NO. 1, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, NEVADA, ON NOVEMBER 30, 1964.

IT IS SO ORDERED.

Submitted by:

DATED: September 30, 2010    By: /s/ Jeremy T. Bergstrom, Esq.
Jeremy T. Bergstrom, Esq.
Attorney for Secured Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

APPROVED/DISAPPROVED

DATED:_____    _____
KEVIN A. DARBY
Attorney for Debtor

APPROVED/DISAPPROVED

DATED:_____    _____
JERI COPPA-KNUDSON
Chapter 7 Trustee

(10-91425/nvots.dot/fam)

2

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_   The court waived the requirements of approval under LR 9021.

  X   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

\_\_\_\_   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

  X   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 7 TRUSTEE:<br>Jeri Coppa-Knudson<br>3495 Lakeside Dr. PMB # 62<br>Reno, NV 89509 |  |  | X |
| ATTORNEY FOR DEBTOR:<br>Kevin A. Darby<br>Darby Law Practice, LTD<br>4777 Caughlin Pkwy.<br>Reno, NV 89519 |  |  | X |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

           /s/ Felicia McGhee
           An Employee of Miles, Bauer, Bergstrom & Winters, LLP

3