**Entered on Docket
December 03, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

_____

JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB 62
RENO, NV. 89509-4841
jcoppa-knudson@epitrustee.com
(775) 329-1528

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SIGUA, JOE A ) | BK-N-09-51526 |
| SIGUA, CYNTHIA G. ) | |
| ) | CHAPTER 7 |
| ) | |
| ) | DATE: |
| ) | TIME: |
| Debtor ) | |
| _____ ) | *No Hearing Required* |

## ORDER

Pursuant to the Trustee's Motion for Order Extending Time to Object to the Discharge of the Debtor(s), the court finds good cause appears and concludes:

**IT IS HEREBY ORDERED** the time in which the Trustee may file a complaint objecting to the discharge of the Debtor(s) is hereby **extended to March 30, 2011.**

Submitted by:

/s/ Jeri Coppa-Knudson
Jeri Coppa-Knudson, Trustee

###